CASE NUMBER: 07-16-00317-cv

Richard Barroso
  appellant,

v.

Norvel L. Arnold et al,
  defendant.

§   IN THE COURT OF APPEALS

§   SEVENTH DISTRICT OF TEXAS

§

FILED
SEP 12 2016
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

## AFFIVIDAVIT OF PREVIOUS FILINGS
### Texas Civil Practices and Remedies Code §14.004

Appellant, Richard Barroso, has previously filed the following:

1) Appellant, in his ignorance of legalities and desperate for oversight against violations by STATE/AGENCY of TDCJ/AND personnel attempted this by filing in the:

  U.S. District Court
  Southern District of Texas
  Houston Division     (713) 250-5500
  P.O. Box 61010
  Houston, Texas 77208

AN ATTEMPTED MANDAMUS OR MOTION FOR INTERVENTION OF THIS COURT FOR THE RELIEF OF DENIED INDIGENT PAPER AND/OR Habeas Corpus forms so AS TO complete habeas application at State Level

  This was received as complaint and filed as such on January 16, 2014, involving some of same defendants AS IN THE CASE ON APPEAL ABOVE. NEW PERSONNEL TO POSITION NOT KNOWING POLICY AND USING OWN INTERPRETATION OF POLICY. "INDIGENT PAPER ONLY FOR FINAL DRAFTS, NOT TO TAKE RESEARCH NOTES ON LEGAL" WENT TO ABEL ACOSTA FOR FORMS (TCCP 11.07) refered to convicting county and denied, filed motion with indigency & account statement still denied (FREE) forms and motion denied with COURT ORDER TO PAY $1.00 PER Page For TCCP 1107 forms

  This was filed with State of Texas as Defendant
  civil action number H-13-3671
  Judge Lee H. Rosenthal
  Dismissed March 12, 2014    Filing Fee Returned

The suit was not dismissed as frivolous or malicious

2) Filed December 8, 2014
Plaintiff: Richard Barroso
Defendant: The STATE OF TEXAS et al

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION
P.O. Box 61010
HOUSTON, Texas 77208          (713) 250-5500

CIVIL ACTION # 4:14-CV-03542
Judge Nancy F. Atlas
This case was transfered to the U.S. Dist. Court
Northern District of Texas Amarillo DIVISION
ON December 16, 2014

   The relief sought in this was an emergency, injunctive
order for the Court to order The State of Texas/ Its AGENCY
TDCJ/ Personnel thereof to cease its actions to destroy
chattel seized October 7, 2014 (a multi-outlet) and October 31, 2014
OF Legal Materials (trial transcripts, appellate records, & Legal
reference books, 6-7 years legal research to redress convictions
on habeas) and to preserve it.
   Being transfered it was not dismissed as frivolous or malicious

3) TRANSFERED IN FROM ABOVE FILED December 16, 2014
Plaintiff: Richard Barroso
Defendant: STATE of Texas et al

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Amarillo DIVISION
205 S.E. 5th AVE. Room 133          (806) 468 3800
Amarillo, Texas 79101

CIVIL action # 2:14-cv-0256
Judge Mary Lou Robinson
Dismissed without prejudice February 10, 2015
for failure to cure deficiencies.

The relief sought again was to order that the unlawfully seized property be preserved and not destroyed, yet due to disabilities, circumstances of confinement in violation of laws of STATE AND FEDERAL, AND STEP II Grievance responses not back yet, this was dismissed thus allowing the state personnel, despite many efforts by plaintiff, even created document to enter evidence into court, personnel was hell bent on destroying this property as retaliATORY measures for exercising rights, government documents were falsified and property destroyed maliciously.

This case is still being drafted, yet it is very complicated as so many violations and inter twined applications of laws, personnel along with plaintiff's disabilities any ongoing efforts for state and federal courts, state & Agency personnel who discriminate against him as a disabled person causes ongoing neglect of liberty intersts being protected and allowed to be protected causing delays, but it is in progress.

4) Mailed & DATED April 6, 2015

Plaintiff: Richard Barroso

Defendants: Norvel L. Arnold ; Dashia B. Simmons
Julie A. Marquez ; Tamela Alvarez

HARTLEY COUNTY, TEXAS
DALHART JUSTICE OF THE PEACE
701 Texas Blvd.
Dalhart, Texas 79022

NO RESPONSE RECIEVED & TRANSFERED June 10, 2015
JUNE 11, 2015 MAILED NOTICE OF CHANGE OF ADDRESS (No Response)
December 6, 2015 Request Disposition of Complaint (NO Response)
December 9, 2015 Request Some Notice of Recrept (No Response)

NEVER Received CASE NUMBER
Judge Beth MOORE

NO RESPONSE TO DATE = CONTACTED NINTH ADMINISTRATIVE JUDICIAL REGION AND STATE COMMISSION ON JUDICIAL CONDUCT.

The relief sought in this was for their personal (Defendants) involvement and decisions to violate laws in order to retaliate and punish plaintiff by destroying his very painfully gained legal research, painfully gained due to pain of writing with developmental disabilities and this of relief for somewhat making whole, yet this was no where near whole as six more years or more to re-research legalities to redress unlawful restraint of liberty on TCCP 11.07 is unconscionable.

The relief sought in 69th District Court of Hartley County, Texas is even below minimum damages. NOT FRIVOLOUS OR MALICIOUS

5) Filed September 9, 2015
Plaintiff Richard Barroso
Defendents: The State of Texas et al

IN THE 412th DISTRICT COURT
BRAZORIA COUNTY, TEXAS                    (979) 864 1915
111 E. LOCUST  Ste 201                    fax  864 1918
Angleton, Texas  77515

Case Number  83217-I
Judge Edwin Denman

This case was removed from state court by Texas Attorney General's office when Judge Denman found merit AND SET Hearing DATE ON INJUNCTION AND WAS REMOVED TO United States District Court, Houston Division on October 26, 2015

The relief sought was violations of ADA rights of ACCESSING RIGHTS TO INCLUDE ACCOMMODATIONS TO ASSIST IN MOST FULL PARTICIPATION VIA TALK TYPE WORD PROCESSOR OR THE LIKE, TIME ACCOMMODATIONS Hearing Impairment considerations, Access to the courts Basically to remove all possible obstructions to plaintiff exercising his rights in prison.

There exists No mechanism for this in violation of Title 42 USCS § 15001 & 15009 IN prison TDCJ.

6) Filed October 26, 2015 IN FROM 412th District Court, Brazoria County

Plaintiff Richard Barroso

Defendant The State of Texas et al

United States District Court
FOR The Southern District of Texas
Houston Division

P.O. Box 61010                    (713) 250 5500
Houston, Texas    77208

CIVIL ACTION # 4:15-CV-03139

Judge Lynn N. Hughes

this case is pending

The relief sought is ADA rights to be determined, specifically adhered to so that plaintiff may most fully participate in programs, services, and activities to include exercising of his rights. Too many personnel do not know laws, therefore, cannot possibly uphold them or prevent the violating of them. Practices IN TDCJ have passed down generation to generation without keeping up with legislation because there is NO oversight in the prison system. ONLY facades of oversight.

this is why TDCJ personnel such as defendents IN this appeal believe they can get away with murder, and generally they do! Literally! 2

7) Filed January 14, 2016

Plaintiff Richard Barroso

Defendant Norvel 2. Arnold et al

IN THE 69th DISTRICT COURT          (806) 235-3582
HARTLEY COUNTY, TEXAS

PO BOX 189

Channing, Texas 79018

case number 4977H

Judge Ron Enns

this case has been dismissed with prejudice for failure

to comply with chapter 14 of Texas Civil Practices and Remedies Code of filing complaint within 31 days of reciept of step II grievance.

Yet not considered are the many violations by STATE of Texas / ITS Agency TDCJ / Personnel thereof which have hindered plaintiff's ability to comply.

#1 Had this law/rule of chapter 14 been posted in any way in the law library or most reasonably on the Step II grievance itself as statute & history dictates the TDCJ shall ensure inmates are aware, plaintiff would not have to wait until the 412th DISTRICT COURT INFORMED HIM

#2 ALL BUT 5) & 6) OF THESE PREVIOUS Filings ARE Diligent attempts beyond violations against him to redress this complaint..

The whole point of Chapter 14 is to reduce the amounts of frivolous & malicious complaints filed by inmates who SEEK TO retaliate or cause any mischief possible.

A simple view of those previous filings will find the efforts of sincere & pleading help warrants justice ruling over administrative, technicalities.

unsworn Declaration

I Richard Barroso, incarcerated in TDCJ Ramsey / Unit Brazoria County, Texas 1100 FM 655, Rosharon, Tx 77583 UNIT Phone: 281-595-3491, declare under penalty of perjury that the above is true and correct.

Signed this 30th day of August 2016

Richard Barroso

Richard Barroso #1452245
Ramsey 1 Unit
1100 FM 655
ROSHARON, TEXAS 77583

August 31, 2016



SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

CLERK VIVIAN LONG
COURT OF APPEALS
SEVENTH DISTRICT OF TEXAS
P.O. BOX 9540
Amarillo, Texas 79105-9540

RE: Richard Barroso v. Norvel L. Arnold et al
    CASE NO. 07-16-00317-CV
    TRIAL COURT CASE NO. 4977 H

DEAR CLERK VIVIAN LONG,

First if you can note on August 29th 2016 dated Motion TO COURT TO EXTEND TIME "NO LONGER NECESSARY" AS I DID NOT BELIEVE I COULD PUSH THROUGH THE PAIN TO COMPLETE COURT'S REQUEST BY IT'S TIME, BUT I HAVE.

PLEASE FIND ENCLOSED AFFIDAVIT OF INDIGENCE, AFFIDAVIT OF PREVIOUS FILINGS, DOCKETING STATEMENT, CERTIFIED COPY OF INMATE TRUSTFUND ACCT AS THE COURT REQUIRED BY FRIDAY SEPTEMBER 02, 2016. PLEASE BRING THESE TO THE ATTENTION OF THE COURT AND FILE AMONG THE PAPERS OF THE COURT AND SERVICE AS REQUIRED PLEASE.

YOUR EFFORTS ARE GREATLY RESPECTED AND APPRECIATED!

Respectfully Submitted
Richard Barroso



Richard Barrosg #1452245
Ramsey 1 Unit
1100 FM 655
Rosharon, Texas 77583

Clerk Vivian Long
Court of Appeals
Seventh District of Texas
P.O. Box 9540
Amarillo, Texas 79105-9540